IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 02-CV-3733 |
| v. ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY PAR AND PARTHASARARTHY ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**MOTION FOR EXPEDITED HEARING ON MOTION FOR
IMMEDIATE ACCESS AND POSSESSION OF
<u>EASEMENTS CONDEMNED FOR PIPELINE REPLACEMENT</u>**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), filed today a Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement and Memorandum of Law in Support. As detailed in the Motion and Memorandum of Law, Columbia needs to begin work on the condemned properties no later than August 15, 2002 in order to meet deadlines imposed by the Federal Energy and Regulatory Commission to complete the pipeline replacement and have the line in service before the winter heating season.

All defendants have been served with the Notice of Condemnation required by Rule 71A of the Federal Rules of Civil Procedure and all defendants have been served with copies of the Motion for Immediate Access and Memorandum of Law in Support, as well as this Motion.

-2-

WHEREFORE, for the reasons stated above and in the Motion for Immediate Access and the Memorandum of Law in Support of both motions, Columbia moves to have its Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement heard on an expedited basis in order to allow Columbia to begin construction no later than August 15, 2002.  Specifically, Columbia requests that the Court enter an Order requiring any defendants opposing the Motion for Immediate Access to file a response by July 15, 2002 and scheduling a hearing on the Motion for the week of July 22, 2002.

REED SMITH LLP

Date: _____

_____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams


Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman


H. Michael Cohen
144 West Market Street
West Chester, PA 19382
Counsel for: Herbert J. McCorry


Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia


Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil


Peter A. Mardinly
Paul, Mardinly, Durham, James, Flandreau & Rodger
320 West Front Street, Box D
Media, PA  19063
Counsel for: Lawrence M. and Karen L. McDermott, Jr.

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.


Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: John W. and Elizabeth L. Horigan


Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Scott R. and Kerstin R. Marcum


John & Dani Best
900 Jessica Terrace
Downingtown, PA  19335


Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335


Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA  19335


Sayed A. El-Tantawi
127 Governs Circle
Downingtown, PA  19335


Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19335


Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335


Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA  19480

Heritage Commercial Group, Inc.
3326 Old York Road
Suite A-100
Furlong, PA  18925

Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA  19335

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Heritage Commercial Group
3326 Old York Road
Suite A-100
Furlong, PA  18925

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335

Gregory G. and C. Ann Miller
906 Jessica Terrace
Downingtown, PA  19335

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Frank J. and Linda B. Reddon
21 Turnstone Way
Downingtown, PA  19335

Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA  19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA 19335


Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA 19335


David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA 19341


Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA 19464


Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ 07649



Date: _____          _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AN EASEMENT TO CONSTRUCT, ) <br> OPERATE AND MAINTAIN A 24-INCH ) <br> GAS TRANSMISSION PIPELINE ACROSS ) <br> PROPERTIES IN CHESTER COUNTY, ) <br> PENNSYLVANIA, OWNED BY PAR AND ) <br> PARTHASARARTHY ANBIL, et al. and ) <br> UNKNOWN PERSONS AND INTERESTED ) <br> PARTIES, ) <br> ) <br> Defendants. ) | C.A. No. 02-CV-3733 |

**SCHEDULING ORDER FOR EXPEDITED HEARING ON
MOTION FOR IMMEDIATE ACCESS AND POSSESSION OF
<u>EASEMENTS CONDEMNED FOR PIPELINE REPLACEMENT</u>**

AND NOW, this ___ day of _____, 2002, it is hereby ORDERED that a hearing on immediate access and possession of easements condemned for pipeline replacement shall be held on _____ at ___.M. in Courtroom 11A, United States Courthouse, Philadelphia, Pennsylvania.

IT IS FURTHER ORDERED that:

1.　All defendants opposing the Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement file a Response by July 15, 2002.

2.　Counsel shall become familiar with Local Rule of Civil Procedure 16.1 and follow generally the provisions of that Rule in respect to the hearing.

-2-

      3.      Counsel for the plaintiff and any defendants shall meet no later than July 17, 2002 to discuss stipulations of fact.  Plaintiff shall file with the Clerk and submit two (2) copies of such stipulations by July 19, 2002.

      4.      Counsel the parties shall meet to prepare a stipulation as to the authenticity of exhibits to be presented at the hearing.  All exhibits which the parties shall present at the hearing shall be shown to each other party prior to the hearing and shall be numbered in advance of the hearing; the Court <u>at the hearing</u>, or earlier, shall be supplied with copies of each exhibit in duplicate; each party shall prepare and submit to the Court at the commencement of the hearing a schedule in triplicate of such exhibits containing the numbers and a brief description of each exhibit; paragraph (d)(2)(b)(6) of Local Rule of Civil Procedure 16.1 shall be complied with generally in respect to exhibits.

 

_____
LOWELL A. REED, JR., S.J.