IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AN EASEMENT TO CONSTRUCT, ) <br> OPERATE AND MAINTAIN A 24-INCH ) <br> GAS TRANSMISSION PIPELINE ACROSS ) <br> PROPERTIES IN CHESTER COUNTY, ) <br> PENNSYLVANIA, OWNED BY PAR AND ) <br> PARTHASARARTHY ANBIL, et al. and ) <br> UNKNOWN PERSONS AND INTERESTED ) <br> PARTIES, ) <br> ) <br> Defendants. ) | C.A. No. 02-CV-3733 |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), files this Notice dismissing without prejudice its condemnation claims against the following defendants, none of whom has filed an Answer in this action:

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Chicosky, Harry R. & Nicolina | Tract #D2204-048.00 | East Brandywine Twp., Chester County, PA |
| Cree, Robin D. & Sheryl F. | Tract #D2204-049.00 | East Brandywine Twp., Chester County, PA |
| Croft, Carl K. & Miranda B. | Tract #D2204-050.00 | East Brandywine Twp., Chester County, PA |
| Di Libero, Romeo G. & Virginia M. | Tract #D2204-123.00 | Upper Uwchlan Twp., Chester County, PA |
| Eckler, Sandra S. | Tract #D2204-117.00 | Upper Uwchlan Township, Chester County, PA |
| General Residential Holdings, Inc. | Tract #D2204-122.00 | Upper Uwchlan Twp., Chester County, PA |
| Hepner, Daniel A. & Donna L. | Tract #D2204-053.00 | East Brandywine Twp., Chester County, PA |

-2-

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Maurer, Gregory J. & Tamara G. Davis | Tract #D2204-081.00 | Uwchlan Twp., Chester County, PA |
| Morris, Robert J. & Ethel J. | Tract #D2204-061.00 | Uwchlan Twp., Chester County, PA |
| Trigo, Joseph S. & Linda M. | Tract #D2204-052.00 | East Brandywine Twp., Chester County, PA |
| Worthington, Richard W. & Jo D. | Tract #D2204-047.00 | East Brandywine Twp., Chester County, PA |
| Zola, Leon J. & Maureen | Tract #D2204-051.00 | East Brandywine Twp., Chester County, PA |

REED SMITH LLP

Date: _____

Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Robin D. and Sheryl F. Cree
23 Blakely Road
Downingtown, PA  19335


Carl K. and Miranda B. Croft
6 Sussex Place
Downingtown, PA  19335


General Residential Holdings, Inc.
101 Marchwood Road
Exton, PA  19341


Gregory J. and Tamara G. Maurer
908 Jessica Terrace
Downingtown, PA  19335


Robert J. and Ethel J. Morris
132 Governors Circle
Downingtown, PA  19335


Joseph S. and Linda M. Trigo
3 Sussex Place
Downingtown, PA  19335


Leon J. and Maureen Zola
4 Sussex Place
Downingtown, PA  19335


Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA 19103
Counsel for: John Alexander Churchman


H. Michael Cohen
144 West Market Street
West Chester, PA 19382
Counsel for: Herbert J. McCorry


Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
Counsel for: Archbishop of Philadelphia


Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA 19063
Counsel for: Par and Jay Par Anbil


Peter A. Mardinly
Paul, Mardinly, Durham, James, Flandreau & Rodger
320 West Front Street, Box D
Media, PA 19063
Counsel for: Lawrence M. and Karen L. McDermott, Jr.


James T. Owens
25 South Church Street
West Chester, PA 19382-3220
Counsel for: William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.


Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA 19341
Counsel for: John W. and Elizabeth L. Horigan


Scott E. Yaw
20 Mystic Lane
Malvern, PA 19355
Counsel for: Scott R. and Kerstin R. Marcum

John & Dani Best
900 Jessica Terrace
Downingtown, PA  19335


Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335


Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA  19335


Sayed A. El-Tantawi
127 Governs Circle
Downingtown, PA  19335


Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19335


Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335


Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA  19480


Heritage Commercial Group, Inc.
3326 Old York Road
Suite A-100
Furlong, PA  18925


Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA  19335


Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Heritage Commercial Group
3326 Old York Road
Suite A-100
Furlong, PA  18925


Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335


Gregory G. and C. Ann Miller
906 Jessica Terrace
Downingtown, PA  19335


Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335


Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335


Frank J. and Linda B. Reddon
21 Turnstone Way
Downingtown, PA  19335


Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA  19335


Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335


Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335


David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA  19464


Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649




Date: _____            _____