IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLUMBUS GAS TRANSMISSION CORPORATION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al.** | : | **NO. 02-3733** |

**AMENDED ORDER**

AND NOW, this 1st day of July, 2002, instead of this Court's Order dated June 25, 2002 and in consideration of expedition and economy for the parties and the Court, it is hereby **ORDERED** that the case is assigned to the Honorable M. Faith Angell, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a) and Loc. R. Civ. P. 72.1 I(e) for pretrial management purposes, including but not limited to: the utilization of Fed. R. Civ. P. 16 management procedures, the resolution of all discovery disputes and requests for sanctions, issuance of the pretrial management orders, holding pretrial hearings on non-dispositive issues[1] amendments to pleadings and joinder of parties, the conduct of settlement conferences as necessary, and the seeking the consent of the parties for final resolution of the case by final judgment by the Magistrate Judge in accordance with 28 U.S.C. § 636(c) and Local Rule 72.1 III (b). The parties are expected to hold the

---

[1] Including the motion for immediate access and related or similar proceedings including deciding those motions.

discovery planning conference required by Rule 26(f) and complete their Rule 26(a)(1) self-executing initial disclosure required by Rule 16(a)(1) promptly and in advance of the Rule 16(b) scheduling and planning conference with the Court, unless the case is exempt from such disclosure by Rule 26(a)(1)E.  (See Rules effective December 1, 2000)

_____
LOWELL A. REED, JR., S.J.

Case 2:02-cv-03733-TJS    Document 6    Filed 07/02/2002    Page 2 of 2