IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES,<br><br>    Defendants. | C.A. No. 02-CV-3733 |

## CERTIFICATE OF SERVICE OF PRETRIAL ORDER

The undersigned certifies that he served the June 25, 2002 letter from the Court outlining pretrial practices and the Court's policies, along with all enclosures and a copy of the Order referring pretrial matters to the Honorable M. Faith Angell, U.S. Magistrate Judge, on all defendants (except for those defendants who have reached settlements with the plaintiff after filing of the Complaint).

The following defendants were served with the documents described above, and a copy of this Certificate of Service of Pretrial Order by first-class mail on July 1, 2002:

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil

Peter A. Mardinly
Paul, Mardinly, Durham, James, Flandreau & Rodger
320 West Front Street, Box D
Media, PA  19063
Counsel for: Lawrence M. and Karen L. McDermott, Jr.

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: John W. and Elizabeth L. Horigan

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Scott R. and Kerstin R. Marcum

John & Dani Best
900 Jessica Terrace
Downingtown, PA  19335

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335

Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA  19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19335

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335

Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA  19480

Heritage Commercial Group, Inc.
3326 Old York Road
Suite A-100
Furlong, PA  18925

Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA  19335

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Herbert J. McCorry
395 Bair Road
Berwyn, PA  19312

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335

Gregory G. and C. Ann Miller
906 Jessica Terrace
Downingtown, PA  19335

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Frank J. and Linda B. Reddon
21 Turnstone Way
Downingtown, PA  19335

Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA  19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA  19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649

                                                    REED SMITH LLP

Date: _____     _____
                                                    Thomas J. McGarrigle
                                                    Pa. I.D. No. 27868

                                                    2500 One Liberty Place
                                                    1650 Market Street
                                                    Philadelphia, PA  19103-7301

                                                    Kevin C. Abbott
                                                    Pa. I.D. No. 35734
                                                   Nicolle R. Snyder Bagnell
                                                   Pa. I.D. No. 87936

                                                   435 Sixth Avenue
                                                   Pittsburgh, PA  15219
                                                   (412) 288-3804

                                                   Attorneys for Plaintiff
                                                   Columbia Gas Transmission Corporation