IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> AN EASEMENT TO CONSTRUCT, : <br> OPERATE AND MAINTAIN A 24-INCH : <br> GAS TRANSMISSION PIPELINE ACROSS : <br> PROPERTIES IN CHESTER COUNTY, : <br> PENNSYLVANIA, OWNED BY PAR AND : <br> PARTHASARARTHY ANBIL, et al. and : <br> UNKNOWN PERSONS AND INTERESTED : <br> PARTIES, : <br> Defendants : | C.A. NO. 02-CV-3733 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Kindly enter our appearance on behalf of Defendants Scott R. and Kerstin R. Marcum in connection with the above-captioned matter.

                                  LENTZ, CANTOR & MASSEY, LTD.

                                  By: _____
                                        Robert W. Lentz, Esquire
                                        Scott E. Yaw, Esquire
                                        PA Attorney I.D. Nos. 04928/60343
                                        20 Mystic Lane, Chester County Commons
                                        Malvern, PA 19355
                                        (610) 722-5800

Date: July 8, 2002

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Kevin C. Abbott
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Attorney for Plaintiff Columbia Gas Transmission Corporation

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, P A 19102
Counsel for: Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P .C.
1601 Market Street
Philadelphia, P A 19103
Counsel for: John Alexander Churchman

H. Michael Cohen
144 West Market Street
West Chester, PA 19382
Counsel for: Herbert J. McCorry

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
Counsel for: Archbishop of Philadelphia

Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA 19063
Counsel for: Par and Jay Par Anbil

Peter A. Mardinly
Paul, Mardinly, Durham, James, Flandreau & Rodger
320 West Front Street, Box D
Media, PA 19063
Counsel for: Lawrence M. and Karen L. McDermott, Jr.

James T. Owens
25 South Church Street
West Chester, PA 19382-3220
Counsel for: William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road, Suite 100
Exton, PA 19341
Counsel for: John W. and Elizabeth L. Horigan

John & Dani Best
900 Jessica Terrace
Downingtown, PA 19335

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA 19335

Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA 19335

Sayed A. El- Tantawi
127 Governs Circle
Downingtown, PA 19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA 19335

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA 19335

Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA 19480

Heritage Commercial Group, Inc.
3326 Old York Road, Suite A-100
Furlong, PA 18925

Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA 19335

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA 19335

Heritage Commercial Group
3326 Old York Road, Suite A-100
Furlong, PA 18925

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA 19335

Gregory G. and C. Ann Miller
906 Jessica Terrace
Downingtown, PA 19335

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Frank J. and Linda B. Reddon
21 Turnstone Way
Downingtown, PA 19335

Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA 19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA 19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA 19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA 19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA 19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649

                              LENTZ, CANTOR & MASSEY, LTD.


                BY:    _____
                         Robert W. Lentz, Esquire
                         Scott E. Yaw, Esquire
                         PA ID Nos. 04927/60343
                         20 Mystic Lane, Chester County Commons
                         Malvern, PA  19355
                         (610) 722-5800
                         Attorneys for Defendants Scott and Kerstin
                         Marcum

Date:  July 8, 2002