## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via first class U.S. mail, postage prepaid, upon the following:

Kevin C. Abbott, Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Counsel for Columbia Gas Trans. Corp.

Scott E. Yaw, Esquire
Lentz, Cantor & Massey, Ltd.
20 Mystic Lane, Chester Commons
Malvern, PA 19355
Counsel for Mr. Scott and Kerstin Marcum

Francis M. Correll, Jr., Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 South Broad Street, Suite 400
Philadelphia, PA 19102
Counsel for Mr. Richard J. and Victoria S. Channell; Mr. Edmund and Crista Ford; Mr. Joseph K. and Lisa J. Gallick; Mr. Michael and Joan Kelly; Mr. Jeffrey L. and Carolyn A. Pizagno March; Mr. Stuart P. and Deborah W. Sullivan; Mr. Sean T. and Margaret F. Sweeney, Mr. Lee R. and Martha M. Williams

Michael Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA 19103
Counsel for Mr. John Alexander Churchman

Kevin R. Boyle, Esquire
Stradley, Ronon, Steven & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
Counsel for Archbishop of Philadelphia

Robert M. Firkser, Esquire
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA 19063
Counsel for Mr. Par and Jay Par Anbil

Peter A. Mardinly, Esquire
Paul, Mardinly, Durham, James, Flandreau & Rodger
320 West Front Street, Box D
Media, PA 19063
Counsel for Mr. Lawrence M. and Karen L. McDermott, Jr.

James T. Owens
25 South Church Street
West Chester, PA 19382-3220
Counsel for Mr. Will C. and Alice J. Vache, III; Mr. Richard A. and Debra L. Whiting, Jr.

Mary Ann Rossi, Esquire
MacElree Harvey, Ltd.
740 Springdale Road, Suite 100
Exton, PA 19341
Counsel for Mr. John W. and Elizabeth L. Horigan

Mr. John & Dani Best
900 Jessica Terrace
Downingtown, PA 19335

Mr. Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA 19335

Mr. Sayed A. El-Tantawi
127 Governs Circle
Downingtown, PA 19335

Mr. Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA 19335

Glenmede Trust Co.
4 Cambridge Road
Downingtown, PA 19335

Mr. Harris C. Aller, III
4 Cambridge Road
Downingtown, PA 19335

Mr. Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA 19480

Mr. Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA 19335

Mr. Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA 19335

Mr. Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA 19335

Mr. Gregory G. and C. Ann Miller
906 Jessica Terrace
Downingtown, PA 19335

Mr. Gary S. and Mary M. Plank
100Linda Circle
Downingtown, PA 19335

Mr. Frank J. and Linda B. Reddon
21 Turnstone Way
Downingtown, PA 19335

Mr. Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA 19335

Mr. Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA 19335

Welsh Ayres Joint Community Association
c/o Mr. Paul Rubino, President
129 Longfields Way
Downingtown, PA 19335

Mr. David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA 19341

Mr. Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA 19464

Mr. Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ 07649

                                           **Eastburn & Gray, P.C.**

By: _____
John A. VanLuvanee, Esq.
Attorney I.D. No. 15974
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
(215) 345-7000
Attorneys for Defendant
Heritage Building Group, Inc.

Dated:_____