IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | : C.A. No. 02-CV-3733 |
| Plaintiff, | : |
| vs. | : |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Plaintiff's Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement and Defendants' Responses in Opposition thereto, it is hereby ORDERED and DECREED that said Motion is DENIED. Plaintiff may not proceed with replacement of the existing pipeline and operation and maintenance of the new pipeline along the easement and right-of-way described in the Complaint and depicted on the plans attached thereto as Exhibit "C" unless and until it has been determined that Plaintiff has satisfied the necessary prerequisites to its exercise of eminent domain, as set forth in section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h).

BY THE COURT:

_____
M. Faith Angell, J.