| | |
|---|---|
| **Tupitza, Altman & Bryman, P.C.**<br>**By Jonathan F. Altman, Esquire**<br>**PA Attorney I.D. #25679**<br>212 West Gay Street<br>West Chester, PA 19380<br>(610) 696-2600 | Attorneys for Defendants<br>Harold M. Harper, III and<br>Roberta E. Harper |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

COLUMBIA GAS TRANSMISSION : Case No. 02-3733
CORPORATION, :
               Plaintiff :
                :
    v :
                :
AN EASEMENT TO CONSTRUCT, OPERATE :
AND MAINTAIN A 24-INCH GAS :
TRANSMISSION PIPELINE ACROSS :
PROPERTIES IN CHESTER COUNTY, :
PENNSYLVANIA, OWNED BY JAY PAR AND :
PAR ANBIL, ERIC AND ROSE P. ANDERSON, :
ARCHBISHOP OF PHILADELPHIA, JOHN :
AND DANI BEST, SUDHIR K. AND ASHA :
BHATNAGAR, RICHARD J. AND :
VICTORIA S. CHANNELL, HARRY R. AND :
NICOLINA CHICOSKY, JOHN ALEXANDER :
CHURCHMAN, ROBIN D. AND SHERYL F. :
CREE, CARL K. AND MIRANDA B. :
CROFT FRED V. AND CHERYL A. DIERS, :
ROMEO G. AND VIRGINIA M. DILIBERO, :
ANDRA S. ECKLER, SAYED A. EL-TANTAWI, :
EDMUND AND CRISTA FORD, JOSEPH K. :
AND LISA J. GALLICK, GERNERAL :
RESIDENTIAL HOLDINGS, INC., THE :
GLENMEDE TRUST COMPANY AND :
HARRIS C. ALLER, III., CO-TRUSTEES, :
HAROLD M. AND ROBERTA E. HARPER, III, :
DANIEL A. AND DONNA L. HEPNER, :
JOHN W. AND ELIZABETH L. HORIGAN, :
MICHAEL AND JOAN KELLY, ROBERT L.M. :

| | |
|---|---|
| AND LINDA LANDENBERG, JEFFERY L. MARCH AND CAROLYN A. PIZAGNO, SCOTT R. AND KERSTIN R. MARCUM, FRANK T. AND ANNA K. MARINO, GREGORY J. MAURER AND TAMARA G. DAVIS, HERBERT J. AND HELEN M. McCORRY AND HERITAGE COMMERCIAL GROUP, INC., LAWRENCE M. AND KAREN L. McDERMOTT, JR., STEVEN J. AND JOANNE S. McNAUGHTON, GREGORY G. AND C. ANN MILLER, ROBERT J. AND ETHEL J. MORRIS, GARY S. AND MARY M. PLANK, DOUGLAS B. AND DONNA G. PRICHARD, FRANK J. AND LINDA B. REDDON, FRANCISCO T. AND KATHLEEN D. RIVAS, STUART P. AND DEBORAH W. SULLIVAN, SEAN T. AND MARGARET F. SWEENEY, JOSEPH S. AND LINDA M. TRIGO, WILLIAM C. AND ALICE J. VACHE, III, EDWARD J. AND KAREN E. WALSH, WELSH AYRES JOINT COMMUNITY ASSOCIATION, RICHARD A. AND DEBRA L. WHITING, JR., DAVID N. AND HARRIET A WHITTAKER, ANDREW M. AND SUSAN W. CASTALDI, LEE R. AND MARTHA M. WILLIAMS, RICHARD W. AND JO D. ZOLA, AND UNKNOWN PERSONS AND INTERESTED PARTIES,<br>                       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AMENDED CERTIFICATION OF SERVICE

I hereby certify that a copy of the Response of Harold M. Harper, III and Roberta E. Harper's to the Motion of Columbia Gas Transmission Corporation for Immediate Access and Possession of Easements Condemned for Pipe-Line Replacement was sent to the following via First Class Mail on the date set forth below:

Thomas J. McGarrigle, Esquire
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Kevin C. Abbott, Esquire
REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Francis M. Correll, Jr., Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell;
Edmund and Crista Ford;Joseph K. and Lisa J. Gallick;
Michael and Joan Kelly; Jeffrey L. andCarolyn A. Pizagno March;
Stuart P. and Deborah W. Sullivan;
Sean T. and Margaret F. Sweeney; Lee R. and Martha M. Williams

Michael Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle, Esquire
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Robert Michael Firkser, Esquire
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil

James T. Owens, Esquire
25 South Church Street
West Chester, PA  19382-3220
Counsel for: William C. and Alice J. Vache, III;
Richard A. and Debra L.Whiting, Jr.

Mary Ann Rossi, Esquire
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: John W. and Elizabeth L. Horigan and
Frank J. and Linda B.Reddon

Scott E. Yaw, Esquire
20 Mystic Lane
Malvern, PA  19355
Counsel for: Scott R. and Kerstin R. Marcum

Francisco T. Rivas, Esquire
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and
Robert L.M. and Linda Landenberg

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19335

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335

Howard Brown, Esquire
General Counsel
Heritage Commercial Group, Inc.
3326 Old York Road
Suite A-100
Furlong, PA  18925

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Herbert J. and Helen M. McCorry
395 Bair Road
Berwyn, PA  19312

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA  19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649

DATED:  July 17, 2002                    TUPITZA, ALTMAN & BRYMAN, P.C.


                                         By:_____
                                         Jonathan F. Altman, Esquire
                                         Attorney for Defendants Harold M. Harper, III
                                         and Robert E. Harper