IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-03733 |
| AN EASEMENT TO CONSTRUCT OPERATE AND MAINTAIN A 24-INCH PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : | |

**ORDER**

AND NOW, this 19th day of July, 2002, it is hereby **ORDERED** that the plaintiff's **Motion for an Expedited Hearing on the Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement** (document #4) is **GRANTED**. It is further **ORDERED** that a **hearing** on plaintiff's **Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement** (document # 3) shall be held on **July 31, 2002 at 10:00 A.M. and, if necessary, on August 1**. All parties with an interest in the outcome of the motion should come prepared to give testimony, present evidence, and argue their case. Counsel for the plaintiff is responsible for serving this order on all.

BY THE COURT:

_____
**M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE**