IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF COLUMBIA GAS TRANSMISSION CORPORATION'S
MOTION TO POSTPONE THE JULY 31, 2002 HEARING ON
ITS MOTION FOR IMMEDIATE ACCESS AND POSSESSION
OF EASEMENTS CONDEMNED FOR PIPELINE REPLACEMENT**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), moves for the Court to postpone the July 31, 2002 hearing on Columbia's Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement because recent business developments have changed Columbia's construction schedule. Columbia still plans to replace Line 1896 but cannot now begin construction in August 2002 as planned. Accordingly, Columbia requests that the hearing scheduled for July 31, 2002 be postponed to a date during the week of September 16, 2002.

Columbia's counsel will notify all defendants by fax or telephone of the filing of this Motion.

WHEREFORE, Columbia moves to postpone the July 31, 2002 hearing on its Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement and requests that the Court reschedule the hearing for the week of September 16, 2002.

REED SMITH LLP

Date: _____

_____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission
Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiff Columbia Gas Transmission Corporation's Motion to Postpone the July 31, 2002 Hearing On Its Motion For Immediate Access And Possession Of Easements Condemned For Pipeline Replacement, the Motion is hereby granted and the July 31, 2002 Hearing has been postponed and will be rescheduled for September ____, 2002.

Dated: _____     _____
                                                                          U.S. District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following:

**By Fax/First Class Mail**

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: John W. and Elizabeth L. Horigan and Frank J. and Linda B. Reddon

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Scott R. and Kerstin R. Marcum

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

William T. Dudeck
Eastburn And Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, Pa  18901-0137
Counsel for: Heritage Building Group, Inc.

**By First Class Mail**

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19335

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Herbert J. and Helen M. McCorry
395 Bair Road
Berwyn, PA  19312

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA  19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649


Date: _____        _____