IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLUMBIA GAS TRANSMISSION :  CIVIL ACTION
CORPORATION      :
           :
  v.        :
           :
AN EASEMENT TO CONSTRUCT, :
OPERATE AND MAINTAIN A 24-INCH :
GAS TRANSMISSION PIPELNE  :
ACROSS PROPERTIES IN CHESTER :
COUNTY, PENNSYLVANIA, OWNED :
BY JAY PAR, PAR ANBIL, et al. and :
UNKNOWN PERSONS AND  :
INTERESTED PARTIES   :  NO.  02-3733

**O R D E R**

   AND NOW, this 1ˢᵗ day of August, 2002, upon consideration of Plaintiff's

"Motion to Postpone The July 31, 2002 Hearing On Its Motion For Immediate Access And

Possession Of Easements Condemned For Pipeline Replacement" [Docket Entry No. 76], to

which no opposition has been raised to date, it is hereby **ORDERED** that the Plaintiff's Motion

to Postpone Hearing is **GRANTED.**

   A **hearing** on Plaintiff's Motion for Immediate Access And Possession Of Easements

Condemned For Pipeline Replacement [Docket Entry No. 3] will be **held** on **October 1, 2002 at**

**10:00 a.m., continuing on October 2 and 3, 2002, if necessary.**  The hearing will be held in

Courtroom 3-H, 3ʳᵈ Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

All interested parties should come prepared to give testimony, present evidence, and/or present argument.

It is the obligation of counsel for the Plaintiff to serve a copy of this Order upon each of the Defendants, or their counsel, and upon any other parties joined prior to the date of the hearing, or their counsel, as soon as the identity of such additional parties is learned.

In light of the fact that an issue of good faith negotiation has been raised by at least one of the Defendants, Plaintiff is directed to be prepared to discuss, at the October 1, 2002 hearing, all efforts made to negotiate agreements with the remaining Defendants.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## **ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: August 1, 2002          **LAW CLERK'S INITIALS**: JJK


**NAME**                                        **FAX NUMBER** (Area Code & Number)

1.  Kevin C. Abbott, Esq.                    412-288-3063
2.  Thomas J. McGarrigle                     215-851-1420
3.  Brett D. Feldman, Esq.                   215-568-6603
4.  Jonathan F. Altman, Esq.                 610-344-7199
5.  Francisco T. Rivas, Esq.                 215-893-5318
6.  Robert W. Lentz, Esq.                    610-647-5476
7.  John A. Van Luvanee, Esq.                215-345-3528

By Mail to:                                  Address:
8.  Douglas B. Prichard/Donna G. Prichard    904 Jessica Terrace
                                             Downingtown, PA 19335