IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, : <br> Plaintiff : <br> v. : <br> AN EASEMENT TO CONSTRUCT, : <br> OPERATE AND MAINTAIN A 24-INCH : <br> GAS TRANSMISSION PIPELINE ACROSS : <br> PROPERTIES IN CHESTER COUNTY, : <br> PENNSYLVANIA, OWNED BY PAR AND : <br> PARTHASARARTHY ANBIL, et al. and : <br> UNKNOWN PERSONS AND INTERESTED : <br> PARTIES, : <br> Defendants : | C.A. NO. 02-CV-3733 |

**ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL**

Please take notice that Defendants, Steven J. McNaughton and Joanne S. McNaughton, hereby appear in the above action and that the undersigned has been retained as attorney for said Defendants who demand that a copy of all papers in this action be served upon the undersigned, c/o Lentz, Cantor & Massey, Ltd., 20 Mystic Lane, Chester County Commons, Malvern, PA 19355.

Defendants' interest in the property at 280 Moore Road, Downingtown, PA 19335, is fee simple title thereto.

Defendants hereby demand a jury trial on the issue of just compensation, to the extent available under applicable law.

                                                  LENTZ, CANTOR & MASSEY, LTD.

                                        By: _____
                                              Scott E. Yaw, Esquire
                                              PA Attorney I.D. No. 60343
                                              20 Mystic Lane, Chester County Commons
                                              Malvern, PA 19355

Date: August 7, 2002                             (610) 722-5800

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance has been served by first class mail, postage prepaid, upon the following:

Kevin C. Abbott, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Attorney for Plaintiff Columbia Gas Transmission Corporation

Francis M. Correll, Jr., Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, P A 19102
Counsel for: Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks, Esquire
Hamburg & Golden, P .C.
1601 Market Street
Philadelphia, P A 19103
Counsel for: John Alexander Churchman

H. Michael Cohen, Esquire
144 West Market Street
West Chester, PA 19382
Counsel for: Herbert J. McCorry

Kevin R. Boyle, Esquire
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
Counsel for: Archbishop of Philadelphia

Robert Michael Firkser, Esquire
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA 19063
Counsel for: Par and Jay Par Anbil

James T. Owens, Esquire
25 South Church Street
West Chester, PA 19382-3220
Counsel for: William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.

Mary Ann Rossi, Esquire
MacElree Harvey, Ltd.
740 Springdale Road, Suite 100
Exton, PA 19341
Counsel for: John W. and Elizabeth L. Horigan and Frank J. and Linda B. Reddon

John & Dani Best
900 Jessica Terrace
Downingtown, PA 19335

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA 19335

Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA 19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA 19335

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA 19335

Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchland, PA 19480

Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA 19335

Heritage Commercial Group
3326 Old York Road, Suite A-100
Furlong, PA 18925

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA 19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA 19335

Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA 19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA 19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA 19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA 19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA 19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ 07649

                                              LENTZ, CANTOR & MASSEY, LTD.

BY: _____
      Scott E. Yaw, Esquire
      PA ID No. 60343
      20 Mystic Lane, Chester County Commons
      Malvern, PA 19355
      (610) 722-5800
      Attorney for Defendants
      Steven and Joanne McNaughton

Date: August 7, 2002