IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), files this Notice dismissing without prejudice its condemnation claims against the following defendants.

| **Name** | **Tract #** | **Location** |
|---|---|---|
| The Glenmede Trust & Harris C. Aller, III | Tract #D2204-116.00 | Upper Uwchlan Twp., Chester County, PA |
| Horigan, John W. & Elizabeth L. | Tract #D2204-089.00 | Uwchlan Twp., Chester County, PA |
| Marcum, Scott R. & Kerstin R. | Tract #D2204-15.00 | Caln Twp., Chester County, PA |
| Plank, Gary S. & Mary M. | Tract #D2204-078.00 | Uwchlan Twp., Chester County, PA |
| Walsh, Edward J. & Karen E. | Tract #D2204-032.00 | Caln Twp., Chester County, PA |
| Welsh Ayres Joint Community Association | Tract #D2204-075.00 & Tract #D2204-086.00 | Uwchlan Twp., Chester County, PA |

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Whittaker, David N. and Harriet A., Richard P. and Margaret M. Whittaker and Andrew M. and Susan W. Castaldi | Tract #D2204-063.00 | East Brandywine Twp., Chester County, PA |

REED SMITH LLP

Date: _____  _____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Christopher S. Connell
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for: Glenmede Trust Company

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: John W. and Elizabeth L. Horigan and Frank J. and Linda B. Reddon

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Scott R. and Kerstin R. Marcum

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whittaker
1300 Beaumont Lane
Pottstown, PA  19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ  07649

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Robert Michael Firkser
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

William T. Dudeck
Eastburn And Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, Pa  18901-0137
Counsel for: Heritage Building Group, Inc.

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA  19335

Herbert J. and Helen M. McCorry
395 Bair Road
Berwyn, PA  19312

Kenneth McCorry
395 Font Road
Downingtown, PA  49335
On behalf of: Herbert J. and Helen M. McCorry

Steven J. and Joanne S. McNaughton
280 Moore Road
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335


Date: _____        _____