**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, : : | |
| Plaintiff, : | |
| vs. : | |
| AN EASEMENT TO CONSTRUCT, OPERATE : AND MAINTAIN A 24-INCH GAS : TRANSMISSION PIPELINE ACROSS : PROPERTIES IN CHESTER COUNTY, : PENNSYLVANIA, OWNED BY JAY PAR AND : PAR ANBIL, et al. and UNKNOWN PERSONS : AND INTERESTED PARTIES, : Defendants. : : | CIVIL ACTION NO. 02-CV-3733 |

**ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL**

       Please take notice that defendant, His Eminence Anthony J. Bevilacqua, in his capacity as Archbishop of Philadelphia and not in his personal or individual capacity ("Defendant"), hereby appears in the above action and that said Defendant has engaged Stradley Ronon Stevens & Young, LLP, as legal counsel who hereby requests all pleadings and related documents in this action be served upon the undersigned, c/o Stradley Ronon Stevens & Young, LLP, 30 Valley Stream Parkway, Malvern, PA 19355. Defendant owns, in fee simple title, the property located on the northwest corner of Rt. 322 (Manor Avenue) and Lloyd Avenue, located in Caln Township, Chester County, Pa, which is subject to the above captioned condemnation action. Defendant hereby demands a jury trial on the issue of just compensation.

       Respectfully submitted,

_____
Kevin R. Boyle, Esquire
PA Attorney I.D. No. 44059
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA 19355
(610) 640-5811

Dated:_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance has been served by first class mail, postage prepaid, upon the following:

Kevin C. Abbott, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Attorney for Plaintiff Columbia Gas Transmission Corporation

Francis M. Correll, Jr., Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for:  John Alexander Churchman

H. Michael Cohen, Esquire
144 West Market Street
West Chester, PA  19382
Counsel for:  Herbert J. McCorry

Scott E. Yaw, Esquire
Lentz, Cantor & Massey, Ltd.
30 Mystic Lane, Chester County Commons
Malvern, PA  19355
Counsel for:  Steven J. McNaughton and Joanne S. McNaughton

Robert Michael Firkser, Esquire
Del Sordo & Firkser
333 West Baltimore Pike
P.O. Box 606
Media, PA  19063
Counsel for:  Par and Jay Par Anbil

James T. Owens, Esquire
25 South Church Street
West Chester, PA  19382-3320
Counsel for:  William C. and Alice J. Vache, III; Richard A. and Debra L. Whiting, Jr.

Mary Ann Rossi, Esquire
MacElree Harvey, Ltd.
740 Springdale Road, Suite 100
Exton, PA  19341
Counsel for:  John W. and Elizabeth L. Horigan and Frank J. and Linda B. Reddon

John and Dani Best
900 Jessica Terrace
Downingtown, PA  19335

Sudhir K. and Asha Bhatnagar
904 Victoria Court
Downingtown, PA  19335

Fred V. and Cheryl A. Diers
902 Jessica Terrace
Downingtown, PA  19335

Glenmede Trust Company
4 Cambridge Road
Downingtown, PA  19355

Harris C. Aller, III
4 Cambridge Road
Downingtown, PA  19335

Harold M. and Roberta E. Harper
1 Buckingham Drive
Uwchlan, PA  19480

Robert L.M. and Linda Landenberg
4 Dowlin Forge Road
Downingtown, PA  19335

Heritage Commercial Group
3326 Old York Road, Suite A-100
Furlong, PA  18925

Gary S. and Mary M. Plank
100 Linda Circle
Downingtown, PA  19335

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Francisco T. and Kathleen D. Rivas
3 Dowlin Forge Road
Downingtown, PA  19335

Edward J. and Karen E. Walsh
24 Joseph Court
Downingtown, PA  19335

Welsh Ayres Joint Community Association
c/o Paul Rubino, President
129 Longfields Way
Downingtown, PA  19335

David N. and Harriet A. Whittaker
413 Newcomen Court
Exton, PA  19341

Richard P. and Margaret M. Whitaker
1300 Beaumont Lane
Pottstown, PA  19464

Andrew M. and Susan W. Castaldi
c/o Walter Bryer Real Estate
431 Kinberkamuck
Orabell, NJ 07649

Frank T. and Anna K. Marino
104 Linda Circle
Downingtown, PA 19335

        Respectfully submitted,

        _____
        Kevin R. Boyle, Esquire
        PA Attorney I.D. No. 44059
        STRADLEY RONON STEVENS & YOUNG, LLP
        30 Valley Stream Parkway
        Malvern, PA 19355
        (610) 640-5811

Dated:_____

Doc. #326216v.1