IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELNE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : | |
| | : | NO. 02-3733 |

## O R D E R

AND NOW, this 3rd day of September, 2002, upon consideration of Plaintiff's "Praecipe To Withdraw Plaintiff Columbia Gas Transmission Corporation's Motion To Strike Or Dismiss Counterclaim Filed By Defendants Scott R. And Kerstin R. Marcum", it is hereby **ORDERED** that the Plaintiff's Motion to Withdraw [Docket Entry No. 78] is **GRANTED.**

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: September 3, 2002                    **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Kevin C. Abbott, Esq. | 412-288-3063 |
| 2. Thomas J. McGarrigle | 215-851-1420 |
| 3. Brett D. Feldman, Esq. | 215-568-6603 |
| 4. Jonathan F. Altman, Esq. | 610-344-7199 |
| 5. Francisco T. Rivas, Esq. | 215-893-5318 |
| 6. Robert W. Lentz, Esq. | 610-647-5476 |
| 7. John A. Van Luvanee, Esq. | 215-345-3528 |

By Mail to:                                            Address:
8. Douglas B. Prichard/Donna G. Prichard              904 Jessica Terrace
                                                       Downingtown, PA 19335