IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF
COLUMBIA GAS TRANSMISSION CORPORATION'S
MOTION FOR IMMEDIATE ACCESS, MOTION TO CANCEL
HEARING SCHEDULED FOR OCTOBER 1, 2002
AND MOTION FOR STATUS CONFERENCE**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia") gives notice of the withdrawal of its Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement, moves the Court to cancel the hearing scheduled for October 1, 2002 on the Motion for Immediate Access and moves the Court to schedule a status conference to set up a pretrial schedule. Columbia states in support as follows:

1.    This condemnation action was initiated to allow Columbia to obtain easements necessary for the replacement of a segment of Columbia's gas transmission pipeline (Line 1896) with a larger pipeline. The larger Line 1896 is part of the Delaware Valley Energy Expansion Project (the "Project") which will provide new natural gas supplies for electric power generation in this region.

1

2.      Columbia filed a Motion for Immediate Access and Possession of Easements Condemned for Pipeline Replacement to allow it to meet its construction schedule for the replacement of segment of Line 1896 by November 2002.  That schedule would permit Columbia to meet its contractual obligation to provide service to one of the electric plants involved in the Project.

3.      Columbia's Motion for Immediate Access was originally scheduled to be heard on July 31, 2002.

4.      On July 26, 2002, Columbia moved to postpone the hearing on the Motion for Immediate Access because business developments had changed Columbia's construction schedule.  At that time, Columbia still planned to commence construction this year.

5.      On August 1, 2002, the Court entered an Order rescheduling the hearing to October 1, 2002.

6.      Changes in the construction plans of the electric plants to be served by Columbia under the Project have necessitated additional changes in Columbia's construction schedule.  Columbia still plans to replace Line 1896 but will not do so in 2002.  Columbia's current construction schedule calls for construction to commence in March 2003.  That schedule is subject to additional approvals of changes in the Project by the Federal Energy Regulatory Commission.

7.      Due to the change in Columbia's construction schedule, Columbia hereby gives notice of its withdrawal of its Motion for Immediate Access and moves that the Court cancel the hearing scheduled for October 1, 2002.

8.      Columbia also requests that the Court schedule a status conference at its earliest convenience to set up a schedule for the orderly resolution of remaining claims in order

2

to allow Columbia to begin construction next spring.  When this action was commenced in June 2002, easements on 46 properties were condemned.  Since then, Columbia has reached negotiated settlements with the owners of 27 of those properties.  Of the remaining 19 properties, the owners of 11 of those properties filed Answers challenging Columbia's condemnation.  The issue raised by those Answers must be resolved.  In addition, the issue of just compensation must be resolved as to all properties.  In addition, a status conference will allow the Court and the defendants to question Columbia as to the details of the revised construction schedule.

   WHEREFORE, Columbia: (1) gives notice of withdrawal of its Motion for Immediate Access; (2) moves for the cancellation of the hearing scheduled for October 1, 2002; and (3) moves for the Court to schedule a status conference.

       REED SMITH LLP

Date: _____     _____

       Thomas J. McGarrigle
       Pa. I.D. No. 27868

       2500 One Liberty Place
       1650 Market Street
       Philadelphia, PA  19103-7301
       (215) 851-8220

       Kevin C. Abbott
       Pa. I.D. No. 35734
       Nicolle R. Snyder Bagnell
       Pa. I.D. No. 87936

       435 Sixth Avenue
       Pittsburgh, PA  15219
       (412) 288-3804

       Attorneys for Plaintiff
       Columbia Gas Transmission Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLUMBIA GAS TRANSMISSION           )
CORPORATION,                        )
                                    )
          Plaintiff,                )          C.A. No. 02-CV-3733
                                    )
v.                                  )
                                    )
AN EASEMENT TO CONSTRUCT,           )
OPERATE AND MAINTAIN A 24-INCH      )
GAS TRANSMISSION PIPELINE ACROSS    )
PROPERTIES IN CHESTER COUNTY,       )
PENNSYLVANIA, OWNED BY JAY PAR      )
AND PAR ANBIL, et al. and UNKNOWN   )
PERSONS AND INTERESTED PARTIES,     )
                                    )
          Defendants.               )
                                    )

## <u>ORDER</u>

Upon consideration of the Notice of Withdrawal of Plaintiff Columbia Gas Transmission

Corporation's Motion for Immediate Access, Motion to Cancel Hearing Scheduled for October

1, 2002 and Motion for Status Conference, the Motion for Immediate Access is withdrawn, the

hearing scheduled for October 1, 2002 is cancelled, and a status conference is scheduled for

October _____, 2002 at ___:___ __.m.


Dated: _____        _____
                                                                    J.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing has been

served upon the following:

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa
J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and
Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: Frank J. and Linda B. Reddon and Frank T. and Anna K. Marino

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

William T. Dudeck
Eastburn And Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, Pa  18901-0137
Counsel for: Heritage Building Group, Inc.

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

Herbert J. and Helen M. McCorry
395 Bair Road
Berwyn, PA  19312

Kenneth McCorry
395 Font Road
Downingtown, PA  49335
On behalf of: Herbert J. and Helen M. McCorry

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335


Date: _____          _____