IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), files this Notice dismissing without prejudice its condemnation claims against the following defendant.

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Heritage Commercial Group, Inc. | Tract #D2204-126.00 | Upper Uwchlan Twp., Chester County, PA |

The correct name of the defendant is Heritage Building Group, Inc. Columbia is dismissing its claim because Heritage no longer claims any interest in the property. Attached is a copy of a letter from Heritage's counsel disclaiming any interest in the property and agreeing to dismissal.

REED SMITH LLP

Date: _____

_____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8220

-2-

        Kevin C. Abbott
        Pa. I.D. No. 35734
        Nicolle R. Snyder Bagnell
        Pa. I.D. No. 87936

        435 Sixth Avenue
        Pittsburgh, PA  15219
        (412) 288-3804

        Attorneys for Plaintiff
        Columbia Gas Transmission Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, upon the following:

William T. Dudeck
Eastburn And Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, Pa  18901-0137
Counsel for: Heritage Building Group, Inc.

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: Frank J. and Linda B. Reddon and Frank T. and Anna K. Marino

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

Herbert J. and Helen M. McCorry
395 Bair Road
Berwyn, PA  19312

Kenneth McCorry
395 Font Road
Downingtown, PA  49335
On behalf of: Herbert J. and Helen M. McCorry

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335

Date: _____          _____