IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : | |
| | : | NO. 02-3733 |

**O R D E R**

AND NOW, this 4th day of October, 2002, after holding a status conference in the above-captioned matter, and consistent with my rulings on the record at the October 1, 2002 status conference, it is hereby **ORDERED** that:

1. I will leave a window of time, until October 31, 2002, to permit the parties to continue settlement discussions. During this window of time, Plaintiff's counsel must contact each party, or their counsel, to explore whether any additional claims can be resolved by agreement.

2. By October 11, 2002, Plaintiff is to provide, to each of the remaining parties, information related to the basis/foundation of Plaintiff's settlement offer to that party. This information is being produced for settlement purposes only, and is confidential, not to be shared with any other party, counsel or non-party.

3. The discovery process will not begin until after November 1, 2002, and will be set forth in a later Order.

4. For those parties who have not yet responded to Plaintiff's attempts to contact them, they must contact Plaintiff's counsel, Kevin C. Abbott, Esq. at #412-288-3804, if they wish to participate in this litigation.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: October 4, 2002              **LAW CLERK'S INITIALS**: JJK


**NAME**                                                                 **FAX NUMBER** (Area Code & Number)

1.  Kevin C. Abbott, Esq.                                                412-288-3063
2.  Thomas J. McGarrigle                                                 215-851-1420
3.  Brett D. Feldman, Esq./Francis M. Correll, Jr., Esq.                 215-568-6603
4.  Jonathan F. Altman, Esq.                                             610-344-7199
5.  Francisco T. Rivas, Esq.                                             215-893-5318
6.  Kevin R. Boyle, Esq.                                                 610-640-1965
7.  James T. Owens, Esq.                                                 610-436-5023
8.  Scott E. Yaw, Esq.                                                   610-647-5476
9.  Michael E. Sacks, Esq.                                               215-255-8583
10. Mary Ann Rossi, Esq.                                                 610-524-9857


By Mail to:                                      Address:
11. Douglas B. Prichard/Donna G. Prichard        904 Jessica Terrace
                                                 Downingtown, PA 19335

12. Herbert J. McCorry/Helen M. McCorry          395 Bair Road
                                                 Berwyn, PA 19312

13. Kenneth McCorry                              395 Font Road
                                                 Downingtown, PA   49335