IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 02-CV-3733 |
| v. | ) ) ) |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF COLUMBIA GAS TRANSMISSION
CORPORATION'S INITIAL DISCLOSURE UNDER FED.R.CIV.P. 26(a)(1)**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), makes the following initial disclosures as required under Fed.R.Civ.P. 26(a)(1):

**A.    INDIVIDUALS WITH DISCOVERABLE INFORMATION**

The following individuals may have discoverable information relevant to this matter:

**Acquisition and Use of Properties at Issue**

Richard J. and Victoria S. Channell

Edmund and Crista Ford

Joseph K. and Lisa J. Gallick

Michael and Joan Kelly

Jeffrey L. and Carolyn A. Pizagno March

Stuart P. and Deborah W. Sullivan

Sean T. and Margaret F. Sweeney

Lee R. and Martha M. Williams

John Alexander Churchman

Archbishop of Philadelphia

Frank J. and Linda B. Reddon

Frank T. and Anna K. Marino

Steven J. and Joanne S. McNaughton

Harold M. and Roberta E. Harper

Francisco T. and Kathleen D. Rivas

Robert L.M. and Linda Landenberg

Sudhir K. and Asha Bhatnagar

Herbert J. and Helen M. McCorry

Douglas B. and Donna G. Prichard

**Acquisition of Right-of-Way Agreements and Easements**

Douglas Richards
Scott McChesney
Bob Schini
Greg Calhoun
Columbia Gas Transmission Corporation
525 Highlands Boulevard
Suite 100
Coatesville, PA  19320

-3-

Joanne Eells
Columbia Gas Transmission Corporation
34646 Old Valley Pike
Strasburg, VA  22657


**FERC Applications and Process**

Mike Walker
Columbia Gas Transmission Corporation
1700 MacCorkle Avenue, SE
Charleston, WV 25314


**Operation and Maintenance of Pipelines (Line 1896)**

Andy Lake
Columbia Gas Transmission Corporation
293 Court Street
Binghamton, NY 13901

Mike Roberts
Columbia Gas Transmission Corporation
310 Fellowship Road, Rt. 2
Chester Springs, PA 19425

**Expansion Project/Contract Issues/Market Demands**

Bruce Ruhlin
Columbia Gas Transmission Corporation
1700 MacCorkle Avenue, SE
Charleston, WV  25314


**Construction**

Lynn McCoy
Columbia Gas Transmission Corporation
34646 Old Valley Pike
Strasburg, VA  22657

John Rinkus
Columbia Gas Transmission Corporation
525 Highlands Boulevard
Suite 100
Coatesville, PA  19320

Scott Collier
Columbia Gas Transmission Corporation
1700 MacCorkle Avenue, SE
Charleston, WV  25314

        Jon Crites
        Columbia Gas Transmission Corporation
        525 Highlands Boulevard
        Suite 100
        Coatesville, PA  19320

Other Columbia employees and agents may also have knowledge as to the properties at issue.

**B.   DESCRIPTION OF DISCOVERABLE DOCUMENTS**

At its Coatesville, Pennsylvania office, Columbia has copies of the relevant title documents, all of which are available to the public.  Columbia also has photographs of the properties and certain internal documents related to negotiations with the affected landowners, as well as drawings and plans related to the replacement of the segment of Line 1896.

At its Charleston, West Virginia office, Columbia has documents relevant to its construction plans, the project and FERC applications related to the project.

**C.   DAMAGES**

In this federal condemnation action, the landowner/defendants have the burden of proving their just compensation claims.  If Columbia obtains appraisals of the property interest at stake, it will provide copies of those appraisals to the defendants.

**D.   INSURANCE**

N/A.

                                                  REED SMITH LLP

Date: _____

                                                  Thomas J. McGarrigle
                                                  Pa. I.D. No. 27868

                                                  2500 One Liberty Place
                                                  1650 Market Street
                                                  Philadelphia, PA  19103-7301
                                                  (215) 851-8220

-5-

                                                Kevin C. Abbott
                                                Pa. I.D. No. 35734
                                                Nicolle R. Snyder Bagnell
                                                Pa. I.D. No. 87936

                                                435 Sixth Avenue
                                                Pittsburgh, PA  15219
                                                (412) 288-3804

                                                Attorneys for Plaintiff
                                                Columbia Gas Transmission Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, upon the following:

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Mary Ann Rossi
MacElree Harvey, Ltd.
17 Miner Street
P. O. Box 660
West Chester, PA  19381-0660
Counsel for: Frank J. and Linda B. Reddon and Frank T. and Anna K. Marino

Scott E. Yaw
Lentz, Cantor & Massey, Ltd.
Chester County Commons
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Roberta E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA 19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

James T. Owens
25 South Church Street
West Chester, PA 19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

H. Michael Cohen
144 West Market Street
West Chester, PA 19382
Counsel for: Herbert J. and Helen M. McCorry

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA 19335


Date: _____          _____