173019_1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, : <br> : <br> : C.A. No. 02-CV-3733 <br> Plaintiff  : <br> v.  : <br> : <br> AN EASEMENT TO CONSTRUCT, : <br> OPERATE AND MAINTAIN A 24-INCH : <br> GAS TRANSMISSION PIPELINE : <br> ACROSS PROPERTIES IN CHESTER : <br> COUNTY, PENNSYLVANIA, OWNED : <br> BY JAY PAR AND PAR ANBIL, et al., : <br> AND UNKNOWN PERSONS AND : <br> INTERESTED PARTIES : <br> : <br> Defendants  : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of Linda B. Reddon, only.

                  MacELREE HARVEY, LTD.

                  _____
                  Mary Ann Rossi, Esquire, I.D. No. 30013
                  17 West Miner Street
                  PO Box 660
                  West Chester, PA 19381-0660
                  (610) 436-0100
                  Attorneys for Linda B. Reddon

Dated: November 20, 2002