IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 02-CV-3733 |
| v. | ) ) ) |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), files this Notice dismissing without prejudice its condemnation claims against the following defendants.

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Channell, Richard J. & Victoria S. | Tract #D2204-102.00 | Upper Uwchlan Twp., Chester County, PA |
| Churchman, John Alexander | Tract #D2204-077.00 | Upper Uwchlan Twp., Chester County, PA |
| Ford, Edmund & Crista | Tract #D2204-104.00 | Upper Uwchlan Twp., Chester County, PA |
| Gallick, Joseph K. & Lisa J. | Tract #D2204-103.00 | Upper Uwchlan Twp., Chester County, PA |
| Kelly, Michael & Joan | Tract #D2204-099.00 | Upper Uwchlan Twp., Chester County, PA |
| March, Jeffery L. & Carolyn A. Pizagno | Tract #D2204-097.00 | Upper Uwchlan Twp., Chester County, PA |

| Name | Tract # | Location |
|---|---|---|
| Marino, Frank T. & Anna K. | Tract #D2204-080.00 | Uwchlan Twp., Chester County, PA |
| McCorry, Herbert J. and Helen M. | Tract #D2204-126.00 | Upper Uwchlan Twp., Chester County, PA |
| Prichard, Douglas B. & Donna G. | Tract #D2204-083.00 | Uwchlan Twp., Chester County, PA |
| Sullivan, Stuart P. & Deborah W. | Tract #D2204-100.00 | Upper Uwchlan Twp., Chester County, PA |
| Sweeney, Sean T. & Margaret F. | Tract #D2204-098.00 | Upper Uwchlan Twp., Chester County, PA |
| Williams, Lee R. & Martha M. | Tract #D2204-105.00 | Upper Uwchlan Twp., Chester County, PA |

REED SMITH LLP

Date: _____

_____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: Frank T. and Anna K. Marino and Linda B. Reddon

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Francis M. Correll, Jr.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA  19102
Counsel for:  Richard J. and Victoria S. Channell; Edmund and Crista Ford; Joseph K. and Lisa J. Gallick; Michael and Joan Kelly; Jeffrey L. and Carolyn A. Pizagno March; Stuart P. and Deborah W. Sullivan; Sean T. and Margaret F. Sweeney, Lee R. and Martha M. Williams

Michael Sacks
Hamburg & Golden, P.C.
1601 Market Street
Philadelphia, PA  19103
Counsel for: John Alexander Churchman

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

H. Michael Cohen
144 West Market Street
West Chester, PA  19382
Counsel for: Herbert J. and Helen M. McCorry

Douglas B. and Donna G. Prichard
904 Jessica Terrace
Downingtown, PA  19335



Date: _____                    _____