IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

Upon stipulation of the plaintiff, Columbia Gas Transmission Corporation ("Columbia"), and the defendants listed below, the court hereby orders that Columbia may enter and take possession of the easements condemned in this action on the properties of the defendants listed below provided that:

    a.    No construction on the properties may begin before May 1, 2003; and

    b.    Columbia will give the defendants no less than 20 days advance notice of its construction plans for each property.

Dated: _____     _____
                                                                                 United States Magistrate Judge

STIPULATED TO BY:

_____     _____
Kevin C. Abbott                             Scott E. Yaw
Reed Smith LLP                          Lentz, Cantor & Massey, Ltd.
435 Sixth Avenue                       20 Mystic Lane

| | |
|---|---|
| Pittsburgh, PA  15219 | Malvern, PA  19355-1942 |
| (412) 288-3804 | (610) 722-5800 |
| | |
| (Counsel for Columbia Gas Transmission) | (Counsel for Steven J. and Joanne S. McNaughton) |