IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : : : : : : : | NO.  02-3733 |

**O R D E R**

AND NOW, this 20th day of December, 2002, upon consideration of Plaintiff's Motion to Set Pretrial Schedule, and the response of Defendants Steven and Joanne McNaughton, it is hereby **ORDERED** that Plaintiff's Motion to Set Pretrial Schedule [Docket Entry No. 91] is **GRANTED** as follows:

1. All fact-based discovery must be completed by February 28, 2003.

2. During the course of discovery, the parties are expected to work together to move this case forward.  In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call or informal letter to request the scheduling of a conference.  A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion.  The filing of formal discovery motions is discouraged.

3. All parties must exchange expert reports, if any, by March 31, 2003.

    4.    Expert discovery is to be completed by April 30, 2003.

    5.    Dispositive motions must be filed by May 30, 2003.  Responses to dispositive motions are be filed by June 30, 2003.  The parties shall petition the Honorable Timothy J. Savage for permission to file reply briefs.

    6.    All remaining pretrial deadlines will be scheduled by Judge Savage in a separate order.

    7.    Requests, if any, to bifurcate trial in this action are to be addressed to Judge Savage.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: December 20, 2002          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.  Kevin C. Abbott, Esq. | 412-288-3063 |
| 2.  Thomas J. McGarrigle, Esq. | 215-851-1420 |
| 3.  Brett D. Feldman, Esq./Francis M. Correll, Jr., Esq. | 215-568-6603 |
| 4.  Jonathan F. Altman, Esq. | 610-344-7199 |
| 5.  Francisco T. Rivas, Esq. | 215-893-5318 |
| 6.  Kevin R. Boyle, Esq. | 610-640-1965 |
| 7.  James T. Owens, Esq. | 610-436-5023 |
| 8.  Scott E. Yaw, Esq. | 610-647-5476 |
| 9.  Michael E. Sacks, Esq. | 215-255-8583 |
| 10. Mary Ann Rossi, Esq. | 610-430-7885 |

By Mail to:                                                  Address:
11.  Douglas B. Prichard/Donna G. Prichard      904 Jessica Terrace
                                                             Downingtown, PA 19335

12.  Herbert J. McCorry/Helen M. McCorry        395 Bair Road
                                                             Berwyn, PA 19312

13.  Kenneth McCorry                                    395 Font Road
                                                             Downingtown, PA   49335