IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) AN EASEMENT TO CONSTRUCT, ) OPERATE AND MAINTAIN A 24-INCH ) GAS TRANSMISSION PIPELINE ACROSS ) PROPERTIES IN CHESTER COUNTY, ) PENNSYLVANIA, OWNED BY JAY PAR ) AND PAR ANBIL, et al. and UNKNOWN ) PERSONS AND INTERESTED PARTIES, ) ) Defendants. ) ) | C.A. No. 02-CV-3733 |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia") with the consent of the Defendant, Frank J. Reddon, files this Notice dismissing without prejudice its condemnation claims against the following defendant:

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Reddon, Frank J. | Tract #D2204-101.00 | Upper Uwchlan Twp., Chester County, PA |

_____
Frank J. Reddon

-2-

                                        REED SMITH LLP

Date: _____

                            Thomas J. McGarrigle
                            Pa. I.D. No. 27868

                            2500 One Liberty Place
                            1650 Market Street
                            Philadelphia, PA  19103-7301
                            (215) 851-8220

                            Kevin C. Abbott
                            Pa. I.D. No. 35734
                            Nicolle R. Snyder Bagnell
                            Pa. I.D. No. 87936

                            435 Sixth Avenue
                            Pittsburgh, PA  15219
                            (412) 288-3804

                            Attorneys for Plaintiff
                            Columbia Gas Transmission Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: Linda B. Reddon

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

Date: _____        _____