IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AN EASEMENT TO CONSTRUCT, ) <br> OPERATE AND MAINTAIN A 24-INCH ) <br> GAS TRANSMISSION PIPELINE ACROSS ) <br> PROPERTIES IN CHESTER COUNTY, ) <br> PENNSYLVANIA, OWNED BY JAY PAR ) <br> AND PAR ANBIL, et al. and UNKNOWN ) <br> PERSONS AND INTERESTED PARTIES, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 02-CV-3733 |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

The plaintiff, Columbia Gas Transmission Corporation ("Columbia") files this Notice dismissing without prejudice its condemnation claims against the following defendants:

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Bhatnagar, Sudhir K. and Asha | Tract #D2204-087.00 | Uwchlan Twp., Chester County, PA |
| McNaughton, Steven J. & Joanne S. | Tract # D2204-107.0 | Upper Uwchlan Twp., Chester County, PA |
| Reddon, Linda B. | Tract #D2204-101.00 | Upper Uwchlan Twp., Chester County, PA |

-2-

                          REED SMITH LLP

Date: _____

                     _____
                     Thomas J. McGarrigle
                     Pa. I.D. No. 27868

                     2500 One Liberty Place
                     1650 Market Street
                     Philadelphia, PA  19103-7301
                     (215) 851-8220

                     Kevin C. Abbott
                     Pa. I.D. No. 35734
                     Nicolle R. Snyder Bagnell
                     Pa. I.D. No. 87936

                     435 Sixth Avenue
                     Pittsburgh, PA  15219
                     (412) 288-3804

                     Attorneys for Plaintiff
                     Columbia Gas Transmission Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by first class mail, postage prepaid, upon the following:

Mary Ann Rossi
MacElree Harvey, Ltd.
740 Springdale Road
Suite 100
Exton, PA  19341
Counsel for: Linda B. Reddon

Scott E. Yaw
20 Mystic Lane
Malvern, PA  19355
Counsel for: Steven J. and Joanne S. McNaughton

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Robert E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Lionville, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

James T. Owens
25 South Church Street
West Chester, PA  19382-3220
Counsel for: Sudhir K. and Asha Bhatnagar

Date: _____          _____