IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES,<br><br>    Defendants. | C.A. No. 02-CV-3733 |

**MATERIALS SUBMITTED IN SUPPORT OF**
**PLAINTIFF COLUMBIA GAS TRANSMISSION CORPORATION'S**
<u>**MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

                                                REED SMITH, LLP

                                                Thomas J. McGarrigle
                                                Pa. I.D. No. 27868

                                                2500 One Liberty Place
                                                1650 Market Street
                                                Philadelphia, PA  19103-7301
                                                (215) 851-8220

                                                Kevin C. Abbott
                                                Pa. I.D. No. 35734
                                                Nicolle R. Snyder Bagnell
                                                Pa. I.D. No. 87936

                                                435 Sixth Avenue
                                                Pittsburgh, PA  15219
                                                (412) 288-3804

                                                Attorneys for Plaintiff
                                                Columbia Gas Transmission Corporation

# INDEX

| Title | Tab |
|---|---|
| **Abbreviated Application of Columbia Gas Transmission Corporation for a Certificate of Public Convenience and Necessity, filed August 31, 2001.** | **A** |
| **Order Issuing Certificate and Granting Abandonment Authority Issued May 17, 2002.** | **B** |
| **Declaration of Victor Lynn McCoy.** | **C** |
| **Defendants Harold M. Harper, III and Robert E. Harper's Answer to Complaint with Affirmative Defenses.** | **D** |
| **Application of Columbia Gas Transmission Corporation to Amend a Certificate of Public Convenience and Necessity, Filed October 4, 2002.** | **E** |
| **Order Issuing Certificate, Granting Abandonment Authority, and Vacating Certificate, Issued December 20, 2002.** | **F** |
| **Court Order of October 4, 2002.** | **G** |
| **Data Request of April 9, 2002 (Harpers).** | **H** |
| **Response to Data Request, dated April 9, 2002, Docket No. CP01-439-000 § 375.308(x).** | **I** |
| **Deposition of Harold M. Harper, III taken January 9, 2003.** | **J** |
| **Deposition of Roberta E. Harper taken January 9, 2003.** | **K** |