IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AN EASEMENT TO CONSTRUCT, )<br>OPERATE AND MAINTAIN A 24-INCH )<br>GAS TRANSMISSION PIPELINE ACROSS )<br>PROPERTIES IN CHESTER COUNTY, )<br>PENNSYLVANIA, OWNED BY JAY PAR )<br>AND PAR ANBIL, et al. and UNKNOWN )<br>PERSONS AND INTERESTED PARTIES, )<br>)<br>Defendants. ) | C.A. No. 02-CV-3733 |

**PLAINTIFF COLUMBIA GAS TRANSMISSION CORPORATION'S
PARTIAL DISMISSAL OF TAKING AS TO PROPERTY OF
FRANCISCO T. AND KATHLEEN D. RIVAS AND
<u>ROBERT L.M. AND LINDA LANDENBERG</u>**

Pursuant to Rule 71A(i), the plaintiff, Columbia Gas Transmission Corporation ("Columbia") dismisses a portion of the property interest taken as to defendants Francisco T. and Kathleen D. Rivas ("Rivas") and Robert L.M. and Linda Landenberg ("Landenberg) and states in support as follows:

1. On June 12, 2002, Columbia filed its Complaint condemning permanent and temporary easements as to specified properties, including the properties owned by Rivas and Landenberg.

2. The drawings attached to the Complaint filed by Columbia in this action showed the taking of temporary easements on both the east and west side of the permanent easement.

3. Columbia has not yet taken possession of the easements and no hearing on just compensation has begun.

-2-

4. Columbia has determined that it does not need to take the temporary easement on the east side of the permanent easement. The new drawings attached to this Partial Dismissal as Exhibit A show the corrected depiction of the property taken.

5. The temporary easement as described in the Complaint and depicted in the drawings are limited to the initial construction of the 24-inch pipeline which will replace the existing 10-inch pipeline. To the extent that the Complaint could have been read to take temporary construction easements in perpetuity, Columbia now explicitly limits its condemnation of the temporary easement to the initial construction only.

WHEREFORE, Columbia dismisses from this action the taking of the temporary easement on the east side of the permanent easement through the Rivas and Landenberg properties and clarifies that the temporary easement on the western side of the permanent easement is limited to the initial construction of the 24-inch pipeline. This Partial Dismissal does not affect Columbia's condemnation of the permanent easement and the temporary easement to the west of the permanent easement.

Date: March 31, 2003

REED SMITH LLP

_____
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff Columbia Gas Transmission Corporation's Partial Dismissal of Taking as to Property of Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg has been served by first class mail to the following:

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355
Counsel for:  Archbishop of Philadelphia

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA  19380
Counsel for: Harold M. and Roberta E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Downingtown, PA  19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg


Date: March 31, 2003



