IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 02-CV-3733 |
| v. | ) ) ) |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY PAR AND PARTHASARARTHY ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SUPPLEMENT TO COLUMBIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF ACCESS TO REFLECT CONSENT OF FRANCISCO T. AND KATHLEEN D. RIVAS AND ROBERT L.M. AND LINDA LANDENBERG

The defendants Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg have consented to that portion of Columbia's Motion for Partial Summary Judgment which seeks access to the condemned properties by May 1, 2003. Frank Rivas, counsel for the Rivas and Landenberg defendants, sent counsel for Columbia an email which states in relevant part:

> I have received your Motion for an Expedited Ruling on your Motion for Partial Summary Judgment. I did not respond to your motion as neither the Rivas nor Landenberg have any objections to Columbia Gas beginning construction on schedule. This has been our position since last fall, and remains our position to date. Please feel free to represent this to the court.

Copy of email attached as Exhibit A.

WHEREFORE, Columbia supplements its Motion for Partial Summary Judgment to reflect the consent of the defendants Francisco T. and Kathleen D. Rivas and Robert L.M. and

Linda Landenberg to Columbia's Motion insofar as it grants Columbia access to the properties of the defendants beginning May 1, 2003.

Date: April 9, 2003

REED SMITH LLP

*/s/ Kevin C. Abbott*
Thomas J. McGarrigle
Pa. I.D. No. 27868

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8220

Kevin C. Abbott
Pa. I.D. No. 35734
Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

**Abbott, Kevin C.**

**From:** FTR12354@aol.com
**Sent:** Tuesday, April 08, 2003 3:07 PM
**To:** Abbott, Kevin C.
**Subject:** Re: Columbia Gas

Dear Kevin:

I have received your Motion for an Expedited Ruling on your Motion for Partial Summary Judgment. I did not respond to your motion as neither the Rivas nor Landenberg have any objections to Columbia Gas beginning construction on schedule. This has been our position since last fall, and remains our position to date. Please feel free to represent this to the court.

I apologize for the delay in getting the appraisals to you. My appraiser is overwhelmed with refinancing appraisals. He "promised" that he would have the report of the Rivas property by Thursday. Landenberg will rely upon the appraisal already provided by Glenn Perry.

Thanks again.

Frank Rivas

Exhibit A

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Supplement to Columbia's Motion for Partial Summary Judgment on Issue of Access to Reflect Consent of Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg has been served by facsimile and First Class Mail upon the following:

Kevin R. Boyle
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
Counsel for: Archbishop of Philadelphia

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380
Counsel for: Harold M. and Roberta E. Harper

Francisco T. Rivas
257 W. Uwchlan Avenue
Suite A
Downingtown, PA 19335
Counsel for: Francisco T. and Kathleen D. Rivas and Robert L.M. and Linda Landenberg

Date: April 9, 2003