IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : | NO. 02-3733 |

## O R D E R

AND NOW, this 27th day of May, 2003, upon consideration of the May 20, 2003 letter, faxed to me, in which the parties have submitted a proposed stipulation to extend various pretrial deadlines, it is hereby **ORDERED** that the proposed stipulation is **approved.** All prior scheduling orders are amended as follows:

1. All parties must exchange expert reports, if any, by May 30, 2003.

2. Expert discovery is to be completed by May 30, 2003.

3. Dispositive motions must be filed by June 30, 2003. Responses to dispositive motions are be filed by July 30, 2003. The parties shall petition the Honorable Timothy J. Savage for permission to file reply briefs.

4. All remaining pretrial deadlines, and all other issues, as set forth in my Order dated December 20, 2002, remain unchanged.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: May 27, 2003                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.  Kevin C. Abbott, Esq. | 412-288-3063 |
| 2.  Thomas J. McGarrigle, Esq. | 215-851-1420 |
| 3.  Brett D. Feldman, Esq./Francis M. Correll, Jr., Esq. | 215-568-6603 |
| 4.  Jonathan F. Altman, Esq. | 610-344-7199 |
| 5.  Francisco T. Rivas, Esq. | 215-893-5318 |
| 6.  Kevin R. Boyle, Esq. | 610-640-1965 |
| 7.  James T. Owens, Esq. | 610-436-5023 |
| 8.  Scott E. Yaw, Esq. | 610-647-5476 |
| 9.  Michael E. Sacks, Esq. | 215-255-8583 |
| 10. Mary Ann Rossi, Esq. | 610-430-7885 |

| By Mail to: | Address: |
|---|---|
| 11.  Douglas B. Prichard/Donna G. Prichard | 904 Jessica Terrace<br>Downingtown, PA 19335 |
| 12.  Herbert J. McCorry/Helen M. McCorry | 395 Bair Road<br>Berwyn, PA 19312 |
| 13.  Kenneth McCorry | 395 Font Road<br>Downingtown, PA   49335 |