IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLUMBIA GAS TRANSMISSION CORPORATION** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-3733 |
| v. | : | |
| | : | |
| **AN EASEMENT TO CONSTRUCT OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL,** *et al* **and UNKNOWN PERSONS AND INTERESTED PARTIES** | : | |

## ORDER

**AND NOW**, this 17th day of June, 2003, upon consideration of the Motion for Expedited Consideration of Motion for Partial Summary Judgment Filed by Columbia Gas Transmission Corporation (Document No. 105), the Response of Roberta E. Harper and Harold M. Harper, III of Non-Opposition to Columbia Gas's Motion for Expedited Consideration of Motion for Partial Summary Judgment (Document No. 107), and Plaintiff Columbia Gas Transmission Corporation's Supplement to its Request for Hearing on Motion for Partial Summary Judgment and Immediate Access (Document No. 112), it is **ORDERED** that a hearing to show cause why partial summary judgment should not be entered in favor of the plaintiff and the plaintiff be granted immediate access shall be held on **Tuesday, June 24, 2003, at 10:15 a.m.** in Courtroom 15B.

_____
TIMOTHY J. SAVAGE, J.