IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR, PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES | : | NO. 02-3733 |

**O R D E R**

AND NOW, this 18th day of June, 2003, upon consideration of the fact that Plaintiff, and Defendants Robert E. Harper and Harold M. Harper, III, have filed motions for partial summary judgment, the Clerk is directed to remove the above-captioned case from my docket, unless and until Judge Savage refers this matter back to me for further proceedings.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3733**
**TODAY'S DATE**: June 18, 2003                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Kevin C. Abbott, Esq. | 412-288-3063 |
| 2. Jonathan F. Altman, Esq. | 610-344-7199 |
| 3. Kevin R. Boyle, Esq. | 610-640-1965 |
| 4. Brett D. Feldman, Esq. | 215-568-6603 |
| 5. Robert W. Lentz, Esq.<br>Scott E. Yaw, Esq. | 610-647-5476 |
| 6. Thomas J. McGarrigle, Esq. | 215-851-1420 |
| 7. Francisco T. Rivas, Esq. | 215-893-5318 |
| 8. Mary Ann Rossi, Esq. | 610-430-7885 |
| 9. John A. Van Luvanee, Esq. | 215-345-3528 |

**VIA U.S. MAIL:**

Donna G. Prichard                Douglas B. Prichad
904 Jessica Terrace              904 Jessica Terrace
Downingtown, A 19335             Downingtown, PA 19335