IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLUMBIA GAS TRANSMISSION CORPORATION** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-3733** |
| v. | : | |
| | : | |
| **AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, *et al* and UNKNOWN PERSONS AND INTERESTED PARTIES** | : : : : : : : | |

## ORDER

**AND NOW**, this 25th day of June, 2003, upon consideration of Plaintiff Columbia Gas Transmission Corporation's Motion for Partial Summary Judgment (Document No. 99), the response of the defendants Harold M. Harper, III and Roberta E. Harper in opposition to the motion, the Consent Order of Court and the Access Agreement, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Columbia Gas Transmission Corporation is granted immediate access to the property of Harold M. Harper and Roberta E. Harper subject to the terms and conditions set forth in the Access Agreement among Columbia Gas Transmission Corporation and Harold M. Harper, III and Roberta E. Harper entered on June 24, 2003.

_____
TIMOTHY J. SAVAGE, J.