IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 02-CV-3733 |
| v. | ) ) ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY JAY PAR AND PAR ANBIL, et al. and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

The plaintiff, Columbia Gas Transmission Corporation ("Columbia"), files this Notice dismissing its condemnation claims against the following defendants.

| **Name** | **Tract #** | **Location** |
|---|---|---|
| Harper, III, Harold M. & Roberta E. | Tract #D2204-121.00 | Upper Uwchlan Township, Chester County, PA |

REED SMITH LLP

Date: _____

Kevin C. Abbott
Pa. I.D. No. 35734

Nicolle R. Snyder Bagnell
Pa. I.D. No. 87936

435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3804

Attorneys for Plaintiff
Columbia Gas Transmission Corporation

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal as to Certain Defendants has been served by first class mail to the following:

Jonathan F. Altman
Tupitza, Altman & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380
Counsel for: Harold M. and Roberta E. Harper

John J. Murphy, III
Stradley Ronon Stevens & Young, LLP
210 Lake Drive East
Suite 102
Cherry Hill, NJ 08002
Counsel for: Archbishop of Philadelphia

Date: _____            _____