IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLUMBIA GAS TRANSMISSION CORPORATION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 02-CV-3733 |
| | : | |
| **AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 24-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN CHESTER COUNTY, PENNSYLVANIA, OWNED BY ARCHBISHOP OF PHILADELPHIA AND HAROLD M. and ROBERTA E. HARPER** | : | |

## ORDER

**AND NOW**, this 4th day of September, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.